IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

    Plaintiff,

v.

OSCAR PADILLA,

    Defendant.

No. C 06-03412 JSW

**ORDER OF DISMISSAL**

On May 25, 2006, Plaintiff Daniel Rodriguez ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. Courts must deny *in forma pauperis* applications under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

On June 7, 2006, the Court denied Plaintiff' application without prejudice and dismissed his complaint with leave to amend. On June 23, 2006, the Court denied Plaintiff's renewed application to proceed in forma pauperis and dismissed his amended complaint with leave to amend.

Pursuant to that Order, Plaintiff was to file an amended complaint by no later than July 7, 2006. Plaintiff has not filed an amended complaint.

//

//

//

1   Accordingly, the matter is HEREBY DISMISSED for failure to prosecute.  The Clerk is
2   directed to close the file.
3   **IT IS SO ORDERED.**

5   Dated: July 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California